1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| ALAN JAMES BIMA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 3:22-cv-00062-RCJ-CSD |
| | ) | |
| CAPITAL ONE CREDIT CARD; | ) | **ORDER** |
| RESURGENT CAPITAL SERVICES, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff brings this case, claiming that Defendants falsely reported that Plaintiff failed to make a timely credit card payment, damaging his credit score. Defendants moved under Fed. R. Civ. P. 12(b)(6) to dismiss all of the counts with prejudice for failure to state a claim. (ECF Nos. 12, 15.) Plaintiff has not filed a response to either motion, even though this Court informed him that it may grant the motions should he fail to respond under LR 7-2(d). (ECF Nos. 19, 27, 28.) The Court therefore grants these motions as unopposed, dismisses these claims with prejudice, denies all other pending motions as moot, and closes the case.

///

///

///

1 of 2

**CONCLUSION**

IT IS HEREBY ORDERED that Defendant Resurgent Capital Services's Motion to Dismiss (ECF No. 12) is GRANTED.

IT IS FURTHER ORDERED that Defendant Capital One Credit Card's Motion to Dismiss (ECF No. 15) is GRANTED.

IT IS FURTHER ORDERED that all other pending motions are denied as moot.

IT IS FURTHER ORDERED that the clerk shall close this case.

IT IS SO ORDERED.

Dated July 26, 2022.

_____
ROBERT C. JONES
United States District Judge